UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA | **NOTICE OF MOTION** |
| v. | 24-cr-6045-EAW-MWP |
| KYLE PAUL EDWARD GIBSON, | |
| Defendant. | |

---

| | |
|---|---|
| **MOTION BY:** | Kathryn S. Austin, Assistant Federal Public Defender |
| **DATE, TIME & PLACE:** | Before the Honorable Marian W. Payson, United States Magistrate Judge, U.S. Courthouse, 100 State Street, Rochester, New York 14614 **on the papers** |
| **SUPPORTING PAPERS:** | Affirmation of Assistant Federal Public Defender Kathryn S. Austin, dated May 17, 2024; Written Waiver and Proposed Order |
| **RELIEF REQUESTED:** | Acceptance of Waiver of Personal Appearance at Arraignment |

Rochester, New York, May 17, 2024

 /s/ Kathryn S. Austin
Kathryn S. Austin
Assistant Federal Public Defender
Federal Public Defender's Office
28 E. Main Street,  Suite 400
Rochester, New York 14614
(585) 263-6201
kathryn_austin@fd.org

*Attorney for Kyle Gibson*